The facts in the above entitled case, with unimpor-
tant differences, are similar to those set forth in *Barth
v. Farmers & Traders Bank, ante, p.* 318, in which an
opinion was filed the same day, and present the same
questions. The proceeding held to be reversible error
in that case also occurred in this, and the reason for
reversing and remanding in that case is applicable to
this case.

JAMES BINGHAM and CASTLE, WILLIAMS, LONG &
CASTLE, for appellant.

ADAMS, FOLLANSBEE, HAWLEY & SHOREY, for appel-
lee; MITCHELL D. FOLLANSBEE, CLYDE E. SHOREY and
JOHN E. GAVIN, of counsel.

MR. PRESIDING JUSTICE McSURELY delivered the opin-
ion of the court.

---

## Missouri State Life Insurance Company, Appellee, v. State Bank of Monticello, Appellant.

### Gen. No. 20,993.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. CLARENCE
N. GOODWIN, Judge, presiding. Heard in this court at the October
term, 1914. Reversed and remanded. Opinion filed November 15,
1915.

### Statement of the Case.

Action by the Missouri State Life Insurance Com-
pany, plaintiff, against the State Bank of Monticello,
defendant, in the Superior Court of Cook county.

The facts in the above entitled case, with unimpor-
tant differences, are similar to those set forth in *Barth
v. Farmers & Traders Bank, ante, p.* 318, in which an

Missouri State Life Ins. Co. v. State Bank of Monticello, 195 Ill.
App. 325.

opinion was filed the same day, and present the same questions. The proceeding held to be reversible error in that case also occurred in this, and the reason for reversing and remanding in that case is applicable to this case.

JAMES BINGHAM and CASTLE, WILLIAMS, LONG & CASTLE, for appellant.

ADAMS, FOLLANSBEE, HAWLEY & SHOREY, for appellee; MITCHELL D. FOLLANSBEE, CLYDE E. SHOREY and JOHN E. GAVIN, of counsel.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

Missouri State Life Insurance Company, Appellee, v. State Bank of Monticello, Appellant.

Gen. No. 20,995.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. CLARENCE N. GOODWIN, Judge, presiding. Heard in this court at the October term, 1914. Reversed and remanded. Opinion filed November 15, 1915.

## Statement of the Case.

Action by the Missouri State Life Insurance Company, plaintiff, against the State Bank of Monticello, defendant, in the Superior Court of Cook county.

The facts in the above entitled case, with unimportant differences, are similar to those set forth in *Barth v. Farmers & Traders Bank, ante, p.* 318, in which an opinion was filed the same day, and present the same questions. The proceeding held to be reversible error in that case occurred also in- this, and the reason for reversing and remanding in that case is applicable to this case.